BEFORE THE SECOND DIVISION, NOVEMBER 26, 1958

**No. 62477.**—Ali Shabbir Co., Inc. *v.* United States, protest 244165–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of filaments similar in all material respects to those involved in Abstract 61832, the claim of the plaintiff was sustained.